AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. DKC 10 CV 3474

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GXS, Inc
was received by me on *(date)* 12-14-2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Trust, Inc , who is designated by law to accept service of process on behalf of *(name of organization)* GXS, Inc.
on *(date)* 12-17-2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-29-2010

*Server's signature*: David Bird

*Printed name and title*: David Bird, Esq.

*Server's address*: 12340 Pleasant View Dr. Fulton, Md. 20759

Additional information regarding attempted service, etc: