**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| LOREN DATA CORP, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-03474 (DKC) |
| | * | |
| GXS, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## STIPULATED [PROPOSED] ORDER EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for plaintiff Loren Data Corp. (the "Plaintiff") and defendant GXS, Inc. (the

"Defendant") that:

(1) The time for Defendant to answer, move, or otherwise respond in connection

with the summons and complaint in the above-captioned action is extended from January

7, 2011 up to and including February 3, 2011; and

(2) The time for Plaintiff to amend the complaint as a matter of course as

provided in Federal Rule of Civil Procedure 15(a)(1) is extended from February 24, 2011

(21 days after February 3, 2011) up to and including March 23, 2011.

This stipulation is without prejudice to, and does not constitute any waiver of, any

of Defendant's or Plaintiff's rights, remedies, claims or defenses in this action that are not

specifically addressed herein.  An electronic or facsimile copy of this Stipulation shall be

treated as an original and becomes effective upon the full execution by the parties.


Dated: January 6, 2011


By   _____/s/_____

David P. Bird, Esq. (Bar No. 23907)
*(signed by James A. Stenger with*
*permission of David P. Bird)*
Attorney for Plaintiff Loren Data Corp.
12340 Pleasant View Dr.
Fulton, Maryland  20759
(301) 854-3729
birdlaw@verizon.net


Dated: January 6, 2011


CHADBOURNE & PARKE LLP


By   _____/s/_____

James A. Stenger (Bar No. 22841)
Attorneys for Defendant GXS, Inc.
1200 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 974-5600
jstenger@chadbourne.com


SO ORDERED:


_____     Dated January _____, 2011
Honorable Deborah K. Chasanow
United States District Judge


2