UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOREN DATA CORP, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-03474 (DKC) |
| GXS, INC., | * |
| Defendant. | * |

## DEFENDANT'S STATEMENT OF DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Rule 103.3(A)-(B) of the Local Rules of the United States District Court for the District of Maryland, the undersigned counsel of record hereby submits this disclosure statement providing the affiliations and financial interests of Defendant GXS, Inc. ("Defendant").

1. Defendant is a wholly owned subsidiary of GXS Worldwide, Inc.

2. GXS Worldwide, Inc. is a wholly owned subsidiary of GXS Holdings, Inc.

3. GXS Holdings, Inc. is a wholly owned subsidiary of GXS Group, Inc.

4. GXS Group, Inc. is owned by Golden Gate Capital (12%), Cerberus Partners (12%), Francisco Partners and its co-investors (68.1 %), and other investors (7.9%).

5. Defendant is the direct owner of GXS Investments, Inc., HAHT Commerce, Inc., and several foreign entities; and indirect owner of GXS International, Inc., and several foreign entities.

Dated: January 11, 2011

**CHADBOURNE & PARKE LLP**

By  /s/
James A. Stenger (Bar No. 22841)
Attorneys for Defendant GXS, Inc.
1200 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 974-5600
jstenger@chadbourne.com