IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOREN DATA CORP., | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-03474 (DKC) |
| GXS, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATED [PROPOSED] BRIEFING SCHEDULE
ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Loren Data Corp. (the "Plaintiff") and defendant GXS, Inc. (the "Defendant") that:

WHEREAS plaintiff Loren Data Corp. (the "Plaintiff") filed its complaint in this action on December 13, 2010;

WHEREAS defendant GXS, Inc. (the "Defendant") filed its motion to dismiss the complaint on February 3, 2011;

WHEREAS the Stipulated Order Extending Time to Respond entered by the Court on January 10, 2011 extended the time for Plaintiff to amend the complaint as provided in Federal Rule of Civil Procedure 15(a)(1) up to and including March 23, 2011; and

WHEREAS the Stipulated Order Extending Time to Respond did not set forth a briefing schedule on Defendant's motion to dismiss the complaint;

2

THEREFORE:

(1) The time for Plaintiff to file its opposition to Defendant's motion to dismiss is extended up to and including March 23, 2011; and

(2) The time for Defendant to reply to any opposition filed by the Plaintiff is extended up to and including April 20, 2011.

This stipulation is without prejudice to, and does not constitute any waiver of, any of Defendant's or Plaintiff's rights, remedies, claims or defenses in this action that are not specifically addressed herein.  An electronic or facsimile copy of this Stipulation shall be treated as an original and becomes effective upon the full execution by the parties.

Dated:   February 10, 2011

By          /s/         
David P. Bird, Esq. (Bar No. 23907)
*(signed by David H. Evans with permission of David P. Bird)*
Attorney for Plaintiff Loren Data Corp.
12340 Pleasant View Dr.
Fulton, Maryland  20759
(301) 658-7537 (telephone)
(301) 854-3729 (facsimile)
birdlaw@verizon.net

Dated: February 10, 2011

                        CHADBOURNE & PARKE LLP

                        By         /s/        
                           David H. Evans (Bar No. 18090)
                           Attorneys for Defendant GXS, Inc.
                           1200 New Hampshire Avenue, NW
                           Washington, D.C. 20036
                           (202) 974-5600 (telephone)
                           (202) 974-5602 (facsimile)
                           devans@chadbourne.com

SO ORDERED:

_____     Dated February \_\_\_\_\_, 2011
Honorable Deborah K. Chasanow
United States District Judge