IN THE UNITED STATES DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| LOREN DATA CORP<br>P.O. Box 600<br>Indian Rocks Beach, Florida 33785<br><br>PLAINTIFF<br><br>v.<br><br>GXS, INC.<br>9711 Washingtonian Blvd.<br>Gaithersburg, Maryland 20878<br><br>DEFENDANT | *<br><br>*<br><br>*<br><br>*<br><br>*    Case No. 10-CV-03474-DKC<br><br>*<br><br>*<br><br>* |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss under Rule 12(b)(6) and the Plaintiff's Opposition thereto filed herein, it is this _____ day of _____, 2011, by the United States District Court for Maryland, Southern Division

**ORDERED** that the Defendant's Motion to Dismiss is hereby denied.

_____
JUDGE