IN THE UNITED STATES DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| LOREN DATA CORP | * |
| P.O. Box 600 | |
| Indian Rocks Beach, Florida 33785 | * |
| | |
| PLAINTIFF | * |
| | |
| v. | * |
| | |
| GXS, INC. | *   Case No. 10-03474 (DKC) |
| 9711 Washingtonian Blvd. | |
| Gaithersburg, Maryland 20878 | * |
| | |
| DEFENDANT | * |

## REQUEST FOR A HEARING

Pursuant to Local Rule 105 - 6 the Plaintiff, Loren Data Corp, requests that the Court schedule a hearing on the pending Motion to Dismiss filed by the Defendant on February 3, 2011, and its subsequent Memorandum In Further Support of Its Motion to Dismiss the Complaint filed on April 20, 2011.

                                                                          Respectfully submitted,

                                                                              /s/
                                                                    David Bird, Esq. (No. 23907)
                                                                  12340 Pleasant View Dr.
                                                                  Fulton, Maryland 20759
                                                                  301-854-2690
                                                                  birdlaw@verizon.net

SO ORDERED

_____          Dated _____, 2011
Honorable Deborah K. Chasnow
United States District Judge