```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

LOREN DATA CORP.            :

                                             :

   v.            :   Civil Action No. DKC 10-3474

                                             :

GXS, INC.            :

                                           :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of August, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendant GXS, Inc. (ECF No. 9) BE, and the same hereby IS, GRANTED;

2. Counts I-V of the Complaint BE, and the same hereby ARE, DIMISSED for failure to state a claim;

3. Count VI of the Complaint BE, and the same hereby IS, DISMISSED without prejudice for lack of subject matter jurisdiction; and

4. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                                   /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge