IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOREN DATA CORP., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-cv-03474-DKC |
| | : | |
| GXS, INC., | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiff Loren Data Corp.

I certify that I am admitted to practice in this Court.

By: _____
Christopher W. Mahoney (Bar No. 6853)
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
(202) 776-7867
(202) 776-7801 fax
cwmahoney@duanemorris.com

Dated: August 19, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for defendant GXS, Inc, by filing a copy thereof with the Court's ECF system, which automatically sends a notice of filing to registered counsel, and also by mailing a copy thereof via United States mail, postage prepaid, addressed to the following:

David Evans
CHARBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
devans@chadbourne.com

*/s/ Ma Coleman*