IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOREN DATA CORP.,

        Plaintiff,

v.                                                             Civil Action No. 10-03474-DKC

GXS, INC.,

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

I, Christopher W. Mahoney, am a member in good standing of the bar of this Court. My bar number is 6853. I am moving the admission of Glenn B. Manishin to appear *pro hac vice* in this case as counsel for Plaintiff Loren Data Corp.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the Supreme Court of California, District of Columbia Court of Appeals, Supreme Court of Virginia, Supreme Court of the United States and the other federal courts listed in Attachment A.

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court. His last appearance as a *pro hac vice* admittee was before Judge Messitte in 2005 in Civil Action No. 03-cv-307-PJM.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands that he will be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this court.

7.  The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission pro hac vice is enclosed** (with the hard copy of this motion, filed manually).

We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Christopher W. Mahoney (Bar No. 6853)
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
(202) 776-7867
(202) 776-7801 fax
cwmahoney@duanemorris.com

Glenn B. Manishin
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
(202) 776-7813
(202) 776-7801 fax
gbmanishin@duanemorris.com

Dated: August 19, 2011

## ATTACHMENT "A"

**Glenn B. Manishin**
Bar Admissions (as of 8/19/2011)

| BAR | DATE | NUMBER |
|---|---|---|
| California Supreme Court | 8/27/82 | 104001 |
| District of Columbia Court of Appeals | 12/31/85 | 395724 |
| Virginia Supreme Court | 2/28/03 | 49029 |
| U.S. Supreme Court | 3/23/92 | |
| U.S. Courts of Appeals: | | |
|     D.C. Circuit | 7/26/84 | |
|     1st Circuit | 8/10/06 | 115238 |
|     2d Circuit | 6/17/99 | |
|     3rd Circuit | 8/02/90 | |
|     4th Circuit | 3/12/02 | |
|     5th Circuit | 9/24/97 | |
|     6th Circuit | 6/10/97 | |
|     7th Circuit | 2/16/88 | |
|     8th Circuit | 1/17/97 | |
|     9th Circuit | 9/10/90 | |
|     10th Circuit | 6/20/97 | |
| U.S. District Courts: | | |
|     D.D.C. | 4/07/86 | 395724 |
|     N.D. Cal. | 5/26/92 | |
|     E.D. Cal. | 2/10/97 | |
|     E.D. Va. | 3/21/03 | 49029 |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on counsel for defendant GXS, Inc, by filing a copy thereof with the Court's ECF system, which automatically sends a notice of filing to registered counsel, and also by mailing a copy thereof via United States mail, postage prepaid, addressed to the following:

David Evans
CHARBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
devans@chadbourne.com