IN THE UNITED STATES DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| LOREN DATA CORP<br>P.O. Box 600<br>Indian Rocks Beach, Florida 33785 | *<br><br>* | |
| PLAINTIFF | * | |
| v. | * | Case No. lO-CV-03474-DKC |
| GXS, INC.<br>9711 Washingtonian Blvd.<br>Gaithersburg, Maryland 20878 | *<br><br>* | |
| | * | |
| DEFENDANT | *<br>* | |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

The undersigned counsel, pursuant to Local Rule 101(b)(2), moves that his appearance on behalf of the Plaintiff, Loren Data Corp, be stricken. Substitute counsel has entered his appearance.

_____/s/_____
David Bird, Esq.
12340 Pleasant View Dr.
Fulton, Maryland 20759
301-854-2690
FAX 301-854-3729
birdlaw@verizon.net
Federal Bar #23907

Motion granted:

_____
Hon Deborah K. Chasnoff, Judge        date