IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOREN DATA CORP.                          :

                                              :

       v.                                  :   Civil Action No. DKC 10-3474

                                                :

GXS, INC.                                 :

                                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of August, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion for clarification filed by Plaintiff Loren Data Corp. (ECF No. 24) BE, and the same hereby IS, DENIED;

2.   The motion for reconsideration filed by Plaintiff Loren Data Corp. (ECF No. 26) BE, and the same hereby IS, DENIED; and

3.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                                   /s/
                                                     DEBORAH K. CHASANOW
                                                     United States District Judge