# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOREN DATA CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-cv-03474-DKC |
| GXS, INC., | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Loren Data Corp., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment dismissing the complaint, entered in this case on August 9, 2011, and the subsequent August 30, 2011 order denying plaintiff's motions (a) for clarification, and (b) for reconsideration and to alter or amend the judgment.

Respectfully submitted,

By:   /s/ Glenn B. Manishin
Christopher W. Mahoney (Bar No. 6853)
Glenn B. Manishin (*pro hac vice*)
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
(202) 776-7800
(202) 7776-7801 fax
cwmahoney@duanemorris.com

*Counsel for Plaintiff Loren Data Corp.*

Dated: September 29, 2011

**Fed. R. App. P. 3(d)(1)**

**SERVE**:

    David H. Evans
    James A. Stenger
    CHARBOURNE & PARKE LLP
    1200 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    devans@chadbourne.com
    (202) 974-5600