TRANSMITTAL SHEET
(Notice of Appellate Action)

| **X** Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Supplement to ROA<br>__ Transmittal of Certificate<br>__ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>**Loren Data Corp**<br>vs.<br>**GXS, Inc.** | District Court Case No. **DKC 10-cv-3474**<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
|---|---|---|

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge=s recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: **09/29/2011**<br>2. Amended NOA filed: | 4. Fees<br>__ USA no fee required<br>$5 filing fee:    **X** paid    __ unpaid<br>$450 docketing fee:    **X** paid    __ unpaid<br>Pauper status:    __ granted    __ denied    __ pending in District Court<br>Does PLRA apply?    __ yes    __ no    3 strikes?    __ yes __ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge:<br>**Honorable Chief Judge Deborah K. Chasanow** | 5. Materials Under Seal in District Court? __ yes **X** no<br><br>Party Names Under Seal in District Court?    __ yes **X** no |
| 6. Official Court Reporter(s):<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia (301) 344-3104 | 7. Transcript<br><br>In-Court Hearing Held?    __ yes **X** no |
| | 8. Criminal/Prisoner Cases<br><br>__ recalcitrant witness       Defendant=s Address:<br>__ on death row<br>__ in custody<br>__ on bond<br>__ on probation |

**Part II**     TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD<br>Pleadings:     Vols._____<br>Transcript:     Vols._____<br>Exhibits:       Vols._____<br>Depositions:   Vols._____<br>State Ct. Record: Vols._____<br>Sealed:         Vols._____<br>No. of Boxes    _____ | SUPPLEMENT TO RECORD - SUPPLEMENT #_____<br>Pleadings:     Vols._____<br>Transcript:     Vols._____<br>Exhibits:       Vols._____<br>Depositions:   Vols._____<br>State Ct. Record: Vols._____<br>Sealed:         Vols._____<br>No. of Boxes    _____ |
|---|---|

Deputy Clerk: Roxanne Smith     Phone: (301) 344-3225          Date: September 30, 2011