FILED: October 3, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2062

(8:10-cv-03474-DKC)

_____

LOREN DATA CORPORATION

   Plaintiff - Appellant

v.

GSX INCORPORATED

   Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Court Case Number | 8:10-cv-03474-DKC |
| Date notice of appeal filed in originating court | 09/29/2011 |
| Appellant(s) | Loren Data Corporation |
| Appellate Case Number | 11-2062 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |