FILED: January 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2062
(8:10-cv-03474-DKC)
_____

LOREN DATA CORPORATION

    Plaintiff - Appellant

v.

GXS, INC.

    Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Niemeyer, Judge Keenan and Judge Urbanski.

For the Court

/s/ Patricia S. Connor, Clerk