FILED: January 31, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2062
(8:10-cv-03474-DKC)
_____

LOREN DATA CORPORATION

       Plaintiff - Appellant

v.

GXS, INC.

       Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 12/26/2012, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*